In the Matter of the Application of JOSEPH MILTON, Respondent. PHOTOGRAPHIC TRADE NEWS, INC., et al., Appellants.

Argued March 11, 1948; decided April 22, 1948.

*Saul E. Rogers, Sol Ringel* and *Milford Fenster* for appellants.
*Martin C. Greene* and *David N. Aberman* for respondent.

Order affirmed, with costs. Inspection of books and records may be had at times and places to be fixed upon due application to Special Term. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.